ORIGINAL FILED

JUL 28 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TSH

Plaintiff,

vs. Ehab Ahmed

CASE NO. CV22-4365

Christine Wormuth,
Secretary,   Defendant(s).
Department of the Army

EMPLOYMENT DISCRIMINATION
COMPLAINT

1. Plaintiff resides at:

   Address 12780 Rogge Village Loop

   City, State & Zip Code Salinas, CA 93906

   Phone (818) 307-0149

2. Defendant is located at: the Presidio of Monterey

   Address Bld 614 Room 111, 1759 Lewis Rd

   City, State & Zip Code Monterey, CA 93944

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. __ Failure to employ me.

   b. ✓ Termination of my employment. Termination letter was given on 6/7/21

Form-Intake 2 (Rev. 4/05)                                    -1-

c. __ Failure to promote me.

d. __ Other acts as specified below. Taught Hebrew at DLI for 14 years (1 year short of higher retirement) Termination letter 6/7/21 Reason stated - closure of Hebrew. But other colleagues were offered positions - some with less years of service, younger, lower ratings, even on H1B visa. The visa holder was only a supplimental faculty member. One younger teacher I mentored became Assistant Dean. I was not even offered an interview for the position, although I applied.

5. Defendant's conduct is discriminatory with respect to the following:

a. ✓ My race or color. I am the only African in the department

b. ✓ My religion. I am one of two religious people in the department and we were both let go.

c. __ My sex.

d. ✓ My national origin. I was born in Egypt. The decision maker is from Lebanon. Her actions showed prejudice

e. ✓ Other as specified below. age - I am one of the oldest members. Association with Jews. retaliation for voicing concerns.

6. The basic facts surrounding my claim of discrimination are: Was promised transfer to Arabic as, contrarily to my colleages from Hebrew department I also speak several dialects of Arabic. Condition - pass language test. I did but was not transferred. A lower level manager requested the transfer but it was blocked by higher level manager. I applied for 11 positions. I was interviewed only for 1. Hiring panel chair didn't speak the language used during the interview. Normally, preference is given to applicants from closing departments. But it was contrarily in my case. During restructuring many Arabic teachers selected to stay are younger with less qualifications, lower ratings, not associated with Jews.

7. The alleged discrimination occurred on or about June - Sept 2021 (DATE).

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                  - 2 -

discriminatory conduct on or about ___Sept 3, 2021___
(DATE)

9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about ___May 10, 2022___
(DATE)

10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:

Yes ✓   No ____

11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: ___7/18/2022___        _____
                                                                SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION        _____
IS <u>NOT</u> REQUIRED.)                              PLAINTIFF'S NAME
                                                                (Printed or Typed)