1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    EHAB AHMED,                              Case No. 22-cv-04365-TSH

8            Plaintiff,

9        v.                                   **ORDER DENYING MOTION TO
                                              CONTINUE TRIAL WITHOUT
10   DANIEL DRISCOLL, SECRETARY,              PREJUDICE**
     DEPARTMENT OF THE ARMY,
11                                            Re: Dkt. No. 92
             Defendant.
12

13          Plaintiff has moved to continue the trial date in this action, arguing that his trial attorney,

14   Brennan Hershey, has a conflict in light of the April 21, 2025 trial date in *Scimeca v. Severo PLC*,

15   pending in Los Angeles Superior Court.  Let's think a little bit about the nature of that conflict.

16   Hershey says he is the sole trial lawyer for the Plaintiff in this case, that Plaintiff specifically asked

17   him to take over this case from his sole colleague in their two-attorney firm, that this colleague has

18   not been involved in this case for several months, and that the other attorney that previously

19   worked on this case left the firm last year.  The pretrial filings have been completed, and Hershey

20   says he has set aside the dates of April 26, 2025 through May 9, 2025 for preparation for and

21   attendance at the trial in this action.

22          What the Court can't tell at this point is how real the conflict is.  The *Scimeca* order denied

23   an application to continue the trial, but it also said that any renewed motion to continue the trial is

24   due five days before March 27, 2025, and that there is a mediation set for March 20, 2025.  So,

25   maybe that case will go to trial on April 21, and maybe not.  Given the dates that Hershey has set

26   aside for preparation and trial in this action (April 26 to May 9), it seems that Hershey will know

27   by then whether *Scimeca* went to trial on April 21.  Indeed, presumably he will know that by April

28   21.  There is a downside to continuing the trial date in this case if we don't need to.  Specifically,

United States District Court
Northern District of California

1    Army agency counsel Michael Deeds is scheduled to retire on May 17, 2025, a date he chose with

2    the understanding that it would allow him to participate in the trial in this matter.  Having said

3    that, the Court will not force the Plaintiff in this action to go to trial if his trial attorney is in trial in

4    a different case.

5           Accordingly, the Court **DENIES** Plaintiff's motion to continue the trial date without

6    prejudice.  The Court **ORDERS** Hershey to promptly file a declaration if the *Scimeca* trial gets

7    moved and his conflict goes away, and to promptly file a declaration if the *Scimeca* trial in fact

8    begins on April 21.  If the *Scimeca* trial begins on April 21, the Court will vacate the trial date in

9    this action.

10          **IT IS SO ORDERED.**

11

12   Dated: March 14, 2025

13

14                                        _____
                                          THOMAS S. HIXSON
                                          United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2